UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:15-CR-00339-FL-1

UNITED STATES OF AMERICA )
)
V. )
) **ORDER TO SEAL**
STEVEN PAUL MEYERS )
DEFENDANT )

Upon motion of the United States, it is hereby ORDERED that Docket Entry 5 be sealed.

It is FURTHER ORDERED that the Clerk provide a filed copy of the Order to the United States Attorney's Office and Counsel for the Defendant.

This the 18th day of May, 2016.

Louise W. Flanagan
United States District Judge